UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM VER LLC d/b/a MEXFRESH PRODUCE,<br><br>                Plaintiff,<br>    v.<br><br>ORGANIC ALLIANCE, INC., PARKER R. BOOTH, MARK Y. KLEIN, MICHAEL ROSENTHAL, CHRISTOPHER WHITE, and BARRY BROOKSTEIN,<br><br>                Defendants. | Case No.: 13-CV-03506-LHK<br><br>MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk:  Stacy Sakamoto            Plaintiff's Attorney: Kathryn Diemer
Reporter:  Summer Fisher         Defendants Brookstein and Rosenthal's Attorney: Anne Frassetto Olsen
                                           Defendant Organic Alliance: Failed to appear
                                           Defendant Christopher White: Failed to appear
                                           Defendant Parker Booth: Failed to appear

     A Case Management Conference was held on September 3, 2014. A further Case Management Conference is set for December 18, 2014 at 1:30 p.m.

     The Court referred the parties to Mr. Daniel Bergeson for mediation to occur by December 2, 2014. The parties shall file a joint settlement status report by December 4, 2014.

     Plaintiff's motions for default judgment against Organic Alliance and Christopher White are set for hearing on December 18, 2014 at 1:30 p.m.

     The case schedule remains the same.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-03506-LHK
CASE MANAGEMENT AND MINUTE ORDER