# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TOM VER LLC, | Case No.: 13-cv-03506-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| ORGANIC ALLIANCE, INC, et al., | |
| Defendants. | |

Plaintiff's Attorney: Kathryn Diemer
Defendants Brookstein's and Rosenthal's Attorney: Anne Olsen
Defendant Booth: Failed to appear

    A further case management conference is set for May 21, 2015, at 1:30 p.m. The parties shall file their joint case management statement by May 14, 2015.

    Defendants shall file a single, joint dispositive motion by March 19, 2015. Plaintiff's opposition is due April 16, 2015, and Defendants' reply is due May 4, 2015. The hearing remains as set on May 21, 2015.

FINAL PRETRIAL CONFERENCE: July 30, 2015, at 1:30 p.m.

COURT TRIAL: August 17, 2015, at 9:00 a.m. Trial is expected to last 2 days.

1

Case No.: 13-cv-03506-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LUCY H. KOH
United States District Judge