United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM VER LLC, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC ALLIANCE, INC, et al., <br> Defendants. | Case No.  13-cv-03506-LHK <br><br> **JUDGMENT** |

The Court has granted Defendant Michael Rosenthal's and Defendant Barry Brookstein's Motion for Summary Judgment.  *See* ECF No. 126.  The Clerk of the Court shall therefore enter judgment in favor of Defendants Rosenthal and Brookstein.

**IT IS SO ORDERED.**

Dated: May 21, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.13-cv-03506-LHK
JUDGMENT

1