UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM VER LLC, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC ALLIANCE, INC, et al., <br><br> Defendants. | Case No.: 13-cv-03506-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Jason Klinowski
Defendants Rosenthal's and Brookstein's Attorney: Anne Olsen
Defendant Booth did not appear

      The Court referred the parties to a Magistrate Judge Settlement Conference with Magistrate Judge Cousins on July 23, 2015, at 9:30 a.m.

      Plaintiff shall file any renewed motions for default judgment by May 28, 2015. Any oppositions shall be filed by June 11, 2015, and any replies by June 18, 2015. Any renewed motions for default judgment shall be set for hearing on June 25, 2015, at 1:30 p.m.

      The Court refers Mr. Booth to the Federal Pro Se Program. Mr. Kevin Knestrick, the staff attorney for the program, is available at 408-297-1480. The Court strongly encourages Mr. Booth to contact Mr. Knestrick as soon as possible.

      The Court will mail copies of its May 20, 2015 order granting summary judgment, this case management order, and information regarding the Federal Pro Se Program to Mr. Booth at

1

Case No.: 13-cv-03506-LHK
CASE MANAGEMENT ORDER

P.O. Box 1533, Hoodsport, WA 98548.

The case schedule remains as set, with a pretrial conference on July 30, 2015, at 1:30 p.m. and a bench trial beginning August 17, 2015. Trial is expected to last 1–2 days.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-cv-03506-LHK
CASE MANAGEMENT ORDER