UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM VER LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ORGANIC ALLIANCE, INC, et al.,<br><br>        Defendants. | Case No.13-cv-03506-LHK<br><br>**CASE MANAGEMENT ORDER** |

The pretrial conference remains as set on July 30, 2015, at 1:30 p.m. Pursuant to the Court's bench pretrial standing order, the parties should have filed a joint pretrial statement and any motions in limine on July 16, 2015. The parties have failed to do so.

The parties shall file a joint pretrial statement conforming to the Court's bench pretrial standing order by 3 p.m. on Monday, July 20, 2015. As provided for in the Court's standing order, the pretrial conference, trial dates, and court-set deadlines shall not be taken off calendar "unless and until a stipulated dismissal is filed or placed on the record." *See* Standing Order for Bench Trials at 5. Should the parties file a stipulation of dismissal by Monday, July 20, 2015, the parties need not file a joint pretrial statement and the Court will vacate the remaining deadlines and hearing dates.

1  **IT IS SO ORDERED.**

2  Dated: July 17, 2015

_____
LUCY H. KOH
United States District Judge