# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TOM VER, LLC,

        Plaintiff,

    v.

ORGANIC ALLIANCE, INC., et al.,

        Defendants.

Case No. 13-cv-03506 LHK (NC)

**ORDER CONTINUING SETTLEMENT CONFERENCE**

Re: Dkt. No. 138

In consideration of plaintiff's emergency motion to cancel the settlement conference; and because the Court has not received the defendants' required settlement conference submission; the Court VACATES the July 23 conference and CONTINUES the settlement conference to July 28, 2015, at 2:00 p.m. and will permit all parties to participate by telephone. All participating parties and their counsel must confirm their participation by noon on July 27 with the Courtroom Deputy Lili Harrell at 408.535.5343, or Lili_Harrell@cand.uscourts.gov. In addition, participating defendants must serve and submit their settlement conference briefs no later than July 27.

IT IS SO ORDERED.

DATED: July 20, 2015

                                            _____
                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge